Susan Aranoff, Respondent, v Gerald Aranoff, Appellant.

Submitted November 10, 2014; decided December 17, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

Leon Behar et al., Respondents, v Quaker Ridge Golf Club, Inc., Appellant.

Submitted November 3, 2014; decided December 17, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of Chaim T. New York City Administration for Children's Services, Respondent; Joshua T., Appellant; Annette T., Respondent. (Proceeding No. 1.)

In the Matter of Tziporah T. New York City Administration for Children's Services, Respondent; Joshua T., Appellant; Annette T., Respondent. (Proceeding No. 2.)

In the Matter of Yehuda T. New York City Administration for Children's Services, Respondent; Joshua T., Appellant; Annette T., Respondent. (Proceeding No. 3.)

Submitted November 10, 2014; decided December 17, 2014

Motion for leave to appeal dismissed as untimely (see CPLR 5513 [b]).